L. Paul Mankin, IV (SBN 264038)
**THE LAW OFFICE OF PAUL MANKIN**
4655 Cass Street, Suite 112
San Diego, CA 92109
800-219-3577
Fax: 323-207-3885

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LAWRENCE MJOROGE,**<br><br>Plaintiff,<br><br>vs.<br><br>**SYNCHRONY BANK, and DOES 1 through 10, inclusive,**<br><br>Defendant. | Case No. **17-cv-00791-JSC**<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 10th day of May 2017,

By: /s/L. Paul Mankin
L. Paul Mankin
The Law Office of L. Paul Mankin IV
Attorney for Plaintiff

Filed electronically on this 10th day of May 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Jacqueline Scott Corley
United States District Court
Northern District District of California

Adam P. Knor
Reed Smith LLP
20 Stanwix Street, Suite 1200
Pittsburgh, PA 15222
Attorney for Defendant

This 10th day of May 2017,

/s/L. Paul Mankin
L. Paul Mankin